# United States District Court

WESTERN DISTRICT OF WASHINGTON

ANTHONY T. YOUCKTON, JR.,

                v.

BRUCE STINSON, Chehalis Tribal Jail Administrator,

**JUDGMENT IN A CIVIL CASE**

CASE NO. C10-5780BHS

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Youckton's petition is **DENIED without prejudice** for the reasons discussed herein. The parties' remaining motions (Dkts. 4 and 7) are **DENIED as moot**. This matter is closed.

| | |
|---|---|
| February 9, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/ Mary Trent* |
| | Deputy Clerk |